IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IESHUH GRIFFIN,

    Plaintiff,

v.

    Case No.  22-cv-140-jdp

MILWAUKEE ELECTION COMMISSION, MILWAUKEE ELECTION COMMISSIONERS, CLAIRE WOODALL-VOGG, CAVALIER JOHNSON, ROBERT DONOVAN, SHERWIN HUGHES, JERAMEY JANNENE, AND JANE/JOHN DOES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

| | |
|---|---|
| /s/ | March 21, 2022 |
| Peter Oppeneer, Clerk of Court | Date |